Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio




## MEMORANDUM OPINION

No. 04-10-00415-CR

**IN RE Jason MIEARS**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:    Phylis J. Speedlin, Justice
Steven C. Hilbig, Justice
Marialyn Barnard, Justice

Delivered and Filed:  June 9, 2010

PETITION FOR WRIT OF MANDAMUS DENIED

On May 25, 2010, relator Jason Miears filed a "petition for writ of prohibition/mandamus," requesting that his competency hearing be held before a district court. The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought.  Accordingly, the petition is DENIED.  *See* TEX. R. APP. P. 52.8(a).


PER CURIAM

DO NOT PUBLISH

---

[1] This proceeding arises out of Cause No. 2009-CR-6566, styled *State of Texas v. Jason Miears*, pending in the 379th Judicial District Court, Bexar County, Texas, the Honorable Ron Rangel presiding.